**Jennifer DeJACK, et al., Plaintiffs-Respondents,**

v.

**James B. NELSON and Dorothy Nelson, Defendants-Appellants.**

**No. 50938.**

Missouri Court of Appeals, Eastern District, Division Three.

Dec. 23, 1986.

Kenneth J. Feld, St. Louis, for defendants-appellants.

David Hoven, Pacific, for Jennifer De-Jack.

John W. Thiebes, Pacific, for Resp. Centerre Bank of Pacific.

John Robert O'Connor, Washington, for third-party defendants Leonard Rowden, Marie Rowden, Cletus Hedrick and Shirley Hedrick.

Charles E. Hansen, Union, Trustee.

### ORDER

PER CURIAM.

Defendant, James and Dorothy Nelson, appeal the judgment in favor of plaintiff, Jennifer DeJack, in a court-tried case on her claim against defendants and on defendants' counterclaim. Defendants third-party plaintiff also appeal the dismissal of their third-party petition against third-party defendants. The judgment of the trial court is affirmed in accordance with Rule 84.16(b). The motion of third-party defendants to dismiss third-party plaintiffs' appeal is denied.